IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

|  |  |
|---|---|
| DAVID REKO HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | CV 14–33–H–DLC<br><br><br>ORDER<br><br>**FILED**<br><br>JUN 1 1 2014<br><br>Clerk, U.S District Court<br>District Of Montana<br>Missoula |

United States Magistrate Judge R. Keith Strong entered Findings and

Recommendation on May 19, 2014, recommending that the petition be dismissed

without prejudice for failure to exhaust state judicial remedies. Hernandez failed

to timely object to the Findings and Recommendations, and so waived the right to

*de novo* review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore

review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus.*

*Mach., Inc.,* 656 F.2d 1309, 1313 (9th Cir. 1981). The Court adopts Judge

Strong's findings and recommendation in full.

Defendant filed this habeas petition prior to filing his petition for

postconviction relief with the Montana Supreme Court. Defendant must exhaust

-1-

his state judicial remedies before he brings his habeas action in federal court. *Rose v. Lundy*, 455 U.S. 509, 520 (1981); *Slack v. McDaniel*, 529 U.S. 473 (2000). A certificate of appealability is not appropriate in this case. *Gonzalez v. Thaler*, 132 S.Ct. 641, 648 (2012).

IT IS ORDERED that Judge Strong's Findings and Recommendation (Doc. 3) are ADOPTED IN FULL. Hernandez's petition is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

DATED this 11th day of June 2014.

Dana L. Christensen, Chief Judge
United States District Court